# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS B. HARTLAGE,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERAN AFFAIRS,<br><br>    Defendant. | 2:08-cv-0834-LDG-LRL<br><br>**ORDER** |

Plaintiff Hartlage initiated this action in state justice court, and the action was removed in 2008. The record does not indicate that plaintiff ever served the United States Attorney with a summons or complaint as required by Fed.R.Civ.P. 4(i)(1)(A). On September 4, 2008, the magistrate judge granted the federal defendant's motion for extension of time to respond to the complaint in the event that service were accomplished (#7). On July 13, 2009, the court noticed Hartlage of its intention to dismiss the action for failure of service pursuant to Fed.R.Civ.P. 4m (#8). On June 10, 2010, the court noticed Hartlage of its intention to dismiss for want of prosecution pursuant to LR 41-1 (#9). The record reflects that no service or response was made to these notices. Accordingly,

THE COURT HEREBY ORDERS that this action is DISMISSED.

Dated this  27th  day of September, 2011.

_____
Lloyd D. George
United States District Judge